AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Northern District of California

United States of America
v.
ZANE ISHMAEL COVINGTON

Defendant(s)

Case No. 4:25-mj-71169 MAG

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of May 16, 2021 in the county of Contra Costa in the Northern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2251(a) | Sexual Exploitation of Minor |

FILED
Sep 29 2025
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

This criminal complaint is based on these facts:

See attached affidavit of Darrly J. Holcombe, TFO, HSI

☑ Continued on the attached sheet.

/s/ Darrly J. Holcombe
*Complainant's signature*

Approved as to form /s/
AUSA Kelly I. Volkar

Darrly J. Holcombe, TFO, HSI
*Printed name and title*

Sworn to before me by telephone.

Date: 09/29/2025

*Judge's signature*

City and state: McKinleyville, CA

Robert M. Illman, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Darryl J. Holcombe, a Task Force Officer with Homeland Security Investigations do swear and affirm as follows:

**INTRODUCTION AND AGENT EXPERIENCE**

1. This affidavit is made in support of a Criminal Complaint and Arrest Warrant charging Zane Ishmael COVINGTON (COVINGTON) with one count of Production of Child Pornography, in violation of 18 U.S.C. § 2251(a). The statements contained in this affidavit are based on my experience and training as a Senior Inspector with the Contra Costa County District Attorney's Office and Task Force Officer with Homeland Security Investigations, information I have gathered in my investigation, my personal observations, and the information provided to me by other law enforcement officers. I believe these sources to be reliable. Because this affidavit is being submitted for the limited purpose of this criminal complaint and securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause that on or about May 16, 2021, in the Northern District of California, COVINGTON violated 18 U.S.C. § 2251(a).

2. I am a Senior Inspector with the Contra Costa County District Attorney's Office, assigned to the Sexual Assault Unit. I have been assigned to the Sexual Assault Unit since approximately 2015. I also serve as a Task Force Officer with the United States Department of Homeland Security, Homeland Security Investigations. I have been employed with the Contra Costa County District Attorney's Office since November 2011. Prior to that, I was a police officer with the City of Concord for eleven years. I attended a basic police academy in 1999 at the Los Medanos Police Academy.

3. I am also currently assigned to the Internet Crimes Against Children Task Force. I monitor peer-to-peer and file sharing programs and investigate individuals downloading and

sharing child pornography and committing other sexual crimes against children. I have participated in over 300 such investigations. Through my work in these investigations, as well as my discussions with other experienced agents, I have experience in estimating the approximate ages of individuals (including those under the age of 18) depicted in photographs and videos. I have received advanced training in computer crimes and peer-to-peer file sharing programs. I have also received training in child pornography and child exploitation offenses, and through both this training and my prior work, have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256). I have personally participated in the execution of numerous search warrants, including the search, seizure, and analysis of data stored within a computer and other electronic media. I have received various training in investigating and enforcing federal child pornography and exploitation laws in which computers are used as the means for receiving, transmitting, distributing, storing, and possessing images of minors engaged in sexually explicit conduct. As a Senior Inspector with the District Attorney's Office, I have also participated in criminal investigations relating to identity theft, counterfeit identification, counterfeit currency, counterfeit checks, bank fraud, wire fraud, access device fraud, and electronic crimes involving computers.

4. As a state law enforcement agent, I am authorized to investigate violations of state law and to execute warrants issued under the authority of the State of California. I am also cross designated as a federal officer with Homeland Security Investigations. I am authorized to make probable cause arrests without a warrant for violations of the laws of the United States. I am authorized to serve search and arrest warrants issued under the authority of the United States. Therefore, I am an investigator and law enforcement officer of the United States within the meaning of 18 U.S.C. § 2510(7) and I am empowered by law to conduct investigations, to execute search warrants, and to make arrests for offenses of Federal law, including for child pornography offenses.

## APPLICABLE LAW

5. **Title 18, United States Code, Section 2251(a)** prohibits any person who employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transports any minor in or affecting interstate or foreign commerce, or in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, if that visual depiction was produced or transmitted using materials that have been mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed.

## FACTS IN SUPPORT OF PROBABLE CAUSE

### A. The National Center for Missing and Exploited Children

6. The National Center for Missing and Exploited Children ("NCMEC") is a private, non-profit organization established in 1984 by the United States Congress. Primarily funded by the Department of Justice, the NCMEC acts as an information clearinghouse and resource for parents, children, law enforcement agencies, schools, and communities to assist in locating missing children and to raise public awareness about ways to prevent child abduction, child sexual abuse and depictions of minors engaged in sexually explicit conduct.

7. The NCMEC CyberTipline offers a means of reporting incidents of child sexual exploitation, including the possession, manufacture, and/or distribution of depictions of minors engaged in sexually explicit conduct; online enticement; child prostitution; child sex tourism;

extra familial child sexual molestation; unsolicited obscene material sent to a child; and misleading domain names, words, or digital images.

8. Federal law requires NCMEC to operate the CyberTipline and requires Electronic Service Providers ("ESPs"), such as Google, to report apparent instances of child pornography offenses. Providers also have the discretion to submit reports concerning planned or imminent child pornography offenses. Companies that suspect child pornography has been stored or transmitted on their systems report that information to NCMEC in a CyberTipline Report (or "CyberTip"). The ESP submits the report, which generally contains account and log-in information, and uploads content to NCMEC via a secure connection.

9. Aside from required information such as incident type, date, and time, reporters can also fill in voluntary reporting fields such as user or account information, IP addresses, or information regarding the uploaded content itself, as well as other information it may have collected in connection with the suspected criminal activity. The ESP may or may not independently view the content of the file(s) it uploads. Using publicly available search tools, NCMEC then attempts to locate where the activity occurred based on the information the ESP submits, such as IP addresses. NCMEC then packages the information from the ESP along with any additional information it has, such as previous related CyberTips, and sends it to law enforcement in the jurisdiction where the activity is believed to have occurred.

10. Individuals can also contact NCMEC and file reports via the CyberTip Line at https://report.cybertip.org/.

**B. Summary of Investigation**

11. Between September 4, 2025, and September 16, 2025, Google sent 25 CyberTips to the National Center for Missing and Exploited Children for the same Google account, specifically accounts owned and controlled by Zane COVINGTON. In total, Google provided 745 files along with these multiple CyberTips.

12. In each of the CyberTips, Google identified the suspect as follows.

Name: Zane Covington

E-mail address: zanehescrazy333@gmail.com

Date of Birth: [redacted] 1972

Phone Number: 925-xxx-7907[1]

Phone Number: 925-xxx-4851[2]

13. Some of the CyberTips had the following indication from NCMEC, "This report appears to contain images that appear UNFAMILIAR and may depict NEWLY PRODUCED and/or HOMEMADE CONTENT."

14. On or about September 19, 2025, the Honorable Robert Illman, United States Magistrate Judge, issued a search warrant (Case # 04:25-mj-71136 RMI) to Google for the contents of COVINGTON's Google account.

15. I also learned Zane COVINGTON is a registered sex offender and has a prior state conviction in Contra Costa County for hands-on sexual abuse of a minor, along with the possession of child pornography.

**C. Cybertip # 219369085**

16. On or about September 4, 2025, Google sent a CyberTip (**CyberTip # 219369085)** to NCMEC related to the discovery of potential child pornography images detected within a user account for Google, subsequently determined to be COVINGTON's Google account. Prior to reporting the incident to NCMEC, a Google employee reviewed

---

[1] Law Enforcement is aware of the complete phone number for this account, and it has been partially redacted for privacy.
[2] Law Enforcement is aware of the complete phone number for this account, and it has been partially redacted for privacy.

681 and the 745 files Google submitted. I only reviewed files submitted with this CyberTip that Google had indicated on the CyberTip that a Google employee had already reviewed. The CyberTip contained both a written report of the incident and included the actual images and videos found in the Google Photos account by representatives of Google. Google Photos is a cloud-based photo and video storage platform that allows user to access their media across multiple devices.

17. According to the CyberTip submitted by Google, Google became aware of the potential child pornography in COVINGTON's Google account on or about September 3, 2025, when they discovered the user uploaded suspected child pornography to his Google Photos account on multiple dates beginning at least on or about December 13, 2021.

18. The following is a description of three of the files Google submitted in the CyberTip that were contained within COVINGTON's Google account, including one still image, or photograph, and two videos, which were reviewed by Google employees at the time they submitted the CyberTip, and which I have independently viewed.

> File Name: **Screenshot_20221112-115419_Chrome.jpg**
> This image depicts an adult male forcing his penis into the anus of a pre-pubescent girl. Based on my training and experience, this video depicts a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).
>
> File Name: **20220903_235917.mp4**
> This video is 2 minutes long and depicts an adult male digitally penetrating the vagina of a pre-pubescent girl. The minor then performs oral sex on the adult male. Based on my training and experience, this video depicts a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).
>
> File Name: **20230116_043651.mp4**
> This video is 11 seconds long and depicts a pre-pubescent girl being sexually assaulted by an adult male who is forcing his penis into her anus. The girl's face is visible to the camera. Based on my training and experience, this video depicts a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

**D. Cybertip 220020045**

19. On or about September 15, 2025, Google sent a CyberTip (**CyberTip # 220020045)** to NCMEC related to the discovery of potential child pornography images detected within a user account for Google, subsequently determined to be COVINGTON's Google account. Prior to reporting the incident to NCMEC, a Google employee reviewed all 48 files submitted with the CyberTip # 220020045. The CyberTip contained both a written report of the incident and included the actual images and videos found in the Google Photos account of COVINGTON by representatives of Google. I have subsequently independently viewed these files.

20. According to the CyberTip submitted by Google, Google became aware of the potential child pornography in COVINGTON's Google account on or about September 15, 2025, when they discovered the user uploaded suspected child pornography to his Google Photos account along with images depicting COVINGTON.

21. The following are descriptions of one of the files Google submitted in the CyberTip that were contained within COVINGTON's Google account, which were reviewed by Google employees before they submitted the CyberTip to NCMEC, and which I have independently viewed.

> File Name: **20211126_183638.mp4**
> This video is one minute and 49 seconds long. The video depicts a pre-pubescent girl (hereinafter referred to as Minor Victim 1) in a swimsuit and adult male, whom I have independently identified as COVINGTON, inside of a bathroom. Minor Victim 1 is wearing a swimsuit that is green with watermelons on it, and COVINGTON is fully clothed. Both COVINGTON and Minor Victim 1 have their full bodies in the shot and their faces are visible to the camera.
>
> COVINGTON positions the camera with a direct view of Minor Victim 1. The camera appears to be on a bathroom counter based on the angle. COVINGTON moves Minor Victim 1 and walks her directly in front of the camera. When moving her, COVINGTON has his right hand over her breast.

COVINGTON helps undress Minor Victim 1 from her one-piece swimsuit. At 25 seconds into the video, COVINGTON is helping Minor Victim 1 remove the bottom of her swimsuit and placed his hand on her naked buttocks.

CONVINGTON hands her a towel after she is nude. At 40 seconds into the video, COVINGTON adjusts the camera to get a better view of Minor Victim 1, whose vagina is visible. At 47 seconds into the video, COVINGTON wraps a towel around the waist of Minor Victim 1 and runs his hand over her vagina.

At one minute and 47 seconds COVINGTON retrieves the camera.

22. This video was uploaded to COVINGTON's Google account on or about November 28, 2021.

23. Google identified in the CyberTips an image of COVINGTON's driver's license that was also uploaded within the Google account. I have viewed COVINGTON's driver's license photograph and determined he was the adult male depicted in the video discussed above.

24. I also viewed the following still image, or photograph, from the CyberTip # 220020045, which was uploaded to COVINGTON's Google account on or about August 21, 2022.

File Name: **VideoCapture_20220820-102846_1.jpg**
This image depicts Minor Victim 1, nude from the waist down and in a swimsuit that is green with watermelons on it. Minor Victim 1's back is to the camera. COVINGTON can be seen in the image.

COVONGTON's right hand is on the buttocks of Minor Victim 1 and the middle finger of his right hand is penetrating the anus or attempting to penetrate the anus of Minor Victim 1.

25. I also viewed the following video from CyberTip # 220020045, which was uploaded to COVINGTON's Google account on or about August 29, 2023.

File Name: **20210516_074807.mp4**
This video is 10 seconds long and depicts a pre-pubescent girl (hereinafter referred to as Minor Victim 2) laying on her stomach. An adult male is using his right hand to digitally penetrate the victim's vagina or anus with his middle finger. The minor victim is wearing purple colored shorts and underwear with red, green, and white markings on it.

In this video, the knuckle of COVINGTON's right pinky finger is visible and appears to have a discoloration on it. I reviewed another image of COVINGTON where his face was visible and he was undressing Minor Victim 1 and observed the same discoloration on his right pinky knuckle.

Based on my training and experience, I have come to understand the file name configuration for this video, **20210516_074807**, contains the date and time the video was likely produced. For this video, it appears it was produced on May 16, 2021, at 0748 hours, and 7 seconds.

Based on my training and experience, this video depicts a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

26. I have also determined that Samsung smartphone, model SM-A215U, was the device used to capture the above-described video in paragraph 25, and this same device is one of two cellular phones with computer-like capabilities that are associated with COVINGTON.

27. I reviewed CyberTip # 220038179, which was one of the 25 CyberTips submitted by Google related to Covington's accounts. CyberTip # 220038179 contains an investigative analysis of the CyberTips prepared by an employee at Google.

28. The Google analyst indicated in their report they reviewed another file uploaded to COVINGTON'S account, with a file name of Google-CT-RPT-220020528-1e8468659f7a843a9a58b8213c336e46-20210516_074219.jpg. This file name indicates the image was located in CyberTip # 220020528, which was also one of the 25 CyberTips submitted by Google related to COVINGTON's accounts.

29. I reviewed CyberTip # 220020528 and specifically, file name 1e8468659f7a843a9a58b8213c336e46-20210516_074219.jpg. Based on a portion of the file name, 20210516_074219, it appears this image was taken on May 16, 2021 at 0742 hours and 19 seconds. This image depicts a pre-pubescent girl, on her stomach, wearing purple colored shorts and underwear with red, green, and white markings on it. This would indicate it was taken

approximately 6 minutes before the video of a pre-pubescent girl being digitally penetrated as discussed in paragraph 25.

30. Google did not provide metadata for the digital penetration video discussed in paragraph 25 in its initial CyberTip. However, in CyberTip # 220020528, Google did provide information about the device that was used to take still image 20210516_074219, six minutes before the video. Google indicated a Samsung smartphone, model SM-A215U, was the device used to capture this image, 6 minutes before the digital penetration video in paragraph 25. Google indicated in the CyberTip a Samsung model SM-A215U was a device associated with the account holder of COVINGTON's Google account. This further supports my belief that the video described above of an adult male (with discoloration on his right pinky finger knuckle similar to COVINGTON) digitally penetrating a pre-pubescent girl is likely depicting COVINGTON digitally penetrating Minor Victim 2 and filming it.

31. Google submitted an image of COVINGTON's California driver's license, as part of their report to demonstrate the account is controlled by COVINGTON. The date of birth depicted on COVINGTON's license is [redacted] 1972, which is the same date of birth provided to Google.

**E. <u>Search Warrant to Google</u>**

32. On or about September 19, 2025, the Honorable Robert Illman, United States Magistrate Judge, issued a search warrant (**Case #4:25-mj-71136 RMI**) to Google for the contents of COVINGTON's Google account.

33. Google responded to the warrant the same day and provided the contents of the Google account including images, videos, and metadata for the files, including the video described above in paragraph 25.

34. I confirmed the information described in the prior three sections from the CyberTips that Google provided to NCMEC was also contained in the files Google provided in the search warrant returns.

35. I also learned that Google provided in its return to the search warrant additional information identifying COVINGTON as the user of Samsung smartphone, model SM-A215U, which metadata confirmed was the device used to produce the video described in paragraph 25. Specifically, in March and April 2021—shortly before the video was created in May 2021—COVINGTON received notifications from third-party applications Venmo, OfferUp, and Instagram that a new device was added to his various accounts, specifically a Samsung model SM-A215U device. This further supports that COVINGTON used the Samsung model SM-A215U device to produce the video of an adult male digitally penetrating a pre-pubescent minor victim, as described further in paragraph 25.

36. I also learned that Google provided in its return to the search warrant additional information indicating that COVINGTON filmed the video described in paragraph 25, and that it involved Minor Victim 2. Specifically, in the Google returns, I reviewed additional photographs or still images of the same minor victim—identified based on clothing, body size, and hair color among other features—where dozens of images were taken of this minor victim clothed but focused on her genitals and buttocks. Metadata shows that these images were also taken during May 2021 using COVINGTON's Samsung SM-A215U smartphone. Mixed within these images are a small number of still images that include Minor Victim 2's face visible in them.

37. On information and belief, Minor Victim 1 and Minor Victim 2 are both under 8 years old in these images and videos.

38. In addition, the information Google provided in response to the search warrant showed that COVINGTON was uploading child pornography images as recently as last month.

39. The following image was uploaded to COVINGTON's Google account on or about August 25, 2025:

> File Name: **20250825_234139.jpg**
> This image depicts a pre-pubescent girl masturbating for the camera. The image appears to have been a photograph taken by a smartphone of a computer screen which was displaying a video of the minor masturbating. Based on my training and experience, this video depicts a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

40. I reviewed the metadata for this image uploaded in August 2025, and determined the photo was taken by a second device associated with COVINGTON, specifically a Samsung Galaxy smartphone, model # A15, and more specifically, a Samsung A156. COVINGTON has a Samsung A156 smartphone registered to his Google account in addition to the Samsung model SM-A215U device described above.

41. The following image was uploaded to COVINGTON's Google account on or about August 26, 2025:

> File Name: **20250826_000345-1lb6p95bac31e.mp4**
> This video is 1 minute and 5 seconds long and depicts a pre-pubescent girl being sexually abused by an adult male who is forcing his penis into her vagina. Based on my training and experience, this video depicts a minor engaged in sexually explicit conduct as defined in 18 U.S.C. § 2256(2).

42. I located a Google search COVINGTON did on or about November 22, 2024, with search terms, "PTHC," "ygolf," and "hussyfan." I recognize all three as terms associated with child pornography files. Based on my training and experience, I have come to understand PTHC stands for pre-teen hardcore.

**F. <u>Information About Covington</u>**

43. I learned that COVINGTON is a registered sex offender. COVINGTON was previously convicted on or about August 14, 2014, of fourteen counts of California Penal Code § 288(c)(1), Lewd Acts with a child 14-15 years old, and one count of a violation of California Penal Code § 311.11(a), possession of child pornography.

**CONCLUSION**

44. Based on the aforementioned facts and information, there is probable cause to believe that on or about May 16, 2021 in the Northern District of California, COVINGTON used a minor with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of 18 U.S.C. § 2251(a).

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

/s/
DARRYL J. HOLCOMBE
Task Force Officer, Homeland Security Investigations

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P 4.1 on this 29th day of September 2025

HON. ROBERT M. ILLMAN
United States Magistrate Judge
Northern District of California